# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OGGUSA, INC., *et al.*,[1] | ) | Case No. 20-50133-grs |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Gregory R. Schaaf |
| | ) | |
| ARROW FARMS, LLC, | ) | Adv. Proc. No. 20-05007-grs |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OGGUSA, INC. | ) | |
| | ) | |

### ORDER GRANTING JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

Upon consideration of the Joint Motion to Dismiss Adversary Proceeding filed, the matter being fully briefed and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**; and

2. The Adversary Proceeding shall be dismissed.

---

[1] The Debtors in these chapter 11 bankruptcy cases are (with the last four digits of their federal tax identification numbers in parentheses): OGGUSA, Inc. (0251); OGG, Inc. (N/A); and Hemp Kentucky, LLC (2600).

20025202.3

Tendered by:
*/s/ James R. Irving*
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, KY 40202
Telephone: (502) 587-3606
Email: james.irving@dentons.com

*Counsel to the Debtors and Defendant*

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, August 14, 2020**
(grs)